**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ROSEMARY DUNLAP**                                                                     **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO.: 4:22-cv-177-DMB-JMV**

**LULA M. TERRY**                                                          **DEFENDANT**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling…a jurisdiction defense motion stays the attorney conference and disclosure requirements and all discovery **not related** to the issue pending the court's ruling on the motion, including any appeal." L.U. Civ. R. 16(b)(3)(B) (emphasis added). Because Defendant has raised the issue of personal jurisdiction by separate motion [3], staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the motion to dismiss for lack of jurisdiction. Should the parties desire to undertake jurisdiction related discovery, they should contact the court for scheduling of same within 7 business days. Defendant shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to dismiss and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 6th day of December, 2022.

                                                       /s/ Jane M. Virden
                                                       **UNITED STATES MAGISTRATE JUDGE**