IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ROSEMARY DUNLAP** **PLAINTIFF**

V. NO. 4:22-CV-177-DMB-JMV

**LULA M. TERRY** **DEFENDANT**

## FINAL JUDGMENT

In accordance with the "Opinion and Order" entered this day, this case is **DISMISSED without prejudice**.

**SO ORDERED**, this 14th day of February, 2023.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**